IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jan Tomlin, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0262 |
| v. | : | Judge Sargus |
| Director, Ohio Department of Rehabilitation and Correction, | : | Magistrate Judge Abel |
| | : | |
| Defendant | : | |

# ORDER

On March 26, 2012, plaintiff Jan Tomlin filed an action alleging that his life is in danger because defendant has failed to maintain an institutional separation order between him and another inmate who has threatened him with serious physical harm. Defendant is ORDERED to respond to plaintiff's March 26, 2012 motion for a temporary restraining order within seven (7) days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge