AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JAN TOMLIN,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **OHIO DEPARTMENT OF** | **CASE NO.  C2-12-262** |
| **REHABILITATION & CORRECTIONS,** | **JUDGE EDMUND A. SARGUS, JR.** |
| | **MAGISTRATE JUDGE MARK R. ABEL** |
|      **Defendant.** | |

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the  Order filed May 24, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 24, 2012

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk